# United States District Court
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Cary J. O'Connor

**WARRANT FOR ARREST**

FILED
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06- 042M-01

CASE NUMBER : 1:05mj109

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Cary J. O'Connor</u> and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court __Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

Violation of Probation - See Attached Petition

In Violation of Title <u>18</u> United States Code, Section(s) <u>3565</u>

RECEIVED 2005 NOV 14 P 1:28 U.S. MARSHALS

<u>Jenny Wheeler</u>
Name of Issuing Officer

<u>(signature) Jenny Wheeler</u>
Signature of Issuing Officer

<u>Deputy Clerk</u>
Title of Issuing Officer

November 14, 2005
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ _____       by <u>Honorable Liam O'Grady</u>
                                   U.S. Magistrate Judge

| Date Received 11/14/2005 | Name and Title of ~~Arresting~~ *Reporting* Officer Fitzgerald, Derrick DUSM | Signature of ~~Arresting~~ *Reporting* Officer (signed) David Zipfel |
|---|---|---|
| Date of Arrest 2/02/2006 | | |