**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**

Date: 2/14/06

**Nancy Mayer-Whittington**
**Clerk of the Court**

FILED
FEB 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Address of Other Court: Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA. 22314-5798

RE: Cary J. O'Connor 06MJ42

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- X   Docket Sheet                                Warrant of Removal
- X   Warrant/Prob Viol Pet                       Order of Removal
-     Minute Order Appointing Counsel    X   Detention Order
-     Corporate Surety Bond              X   Waiver of Removal
-     Personal Surety Bond
- X   Other- Blotter dated 2/2/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk